# EXHIBIT A

# CT Corporation

**Service of Process Transmittal**
06/14/2013
CT Log Number 522920833

**TO:** Nola Coltharp
NPC International, Inc.
720 West 20th Street
Pittsburg, KS 66762-

**RE:** Process Served in Tennessee

**FOR:** NPC International, Inc. (Domestic State: KS)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

**TITLE OF ACTION:** Asia M. Jackson, etc., Pltf. vs. NPC International, Inc., etc., Dft.

**DOCUMENT(S) SERVED:** Summons, Return of Service, Complaint

**COURT/AGENCY:** 13th Judicial District Circuit Court at Memphis, TN
Case # CT00209413

**NATURE OF ACTION:** Employee Litigation - Discrimination - Wrongful termination of employment on May 15, 2012 on basis of her pregnancy and subsequently exercising her rights to take maternity leave

**ON WHOM PROCESS WAS SERVED:** C T Corporation System, Knoxville, TN

**DATE AND HOUR OF SERVICE:** By Certified Mail on 06/14/2013 postmarked on 06/11/2013

**JURISDICTION SERVED:** Tennessee

**APPEARANCE OR ANSWER DUE:** Within 30 days after the summons has been served upon you, not including the day of service

**ATTORNEY(S) / SENDER(S):** Gordon E. Jackson
Jackson, Sheilds, Yeiser & Holt
262 German Oak Drive
Memphis, TN 38108
901-754-8001

**ACTION ITEMS:** SOP Papers with Transmittal, via Fed Ex 2 Day, 796008963040

**SIGNED:** C T Corporation System
**PER:** Amy McLaren
**ADDRESS:** 800 S. Gay Street
Suite 2021
Knoxville, TN 37929-9710
**TELEPHONE:** 800-592-9023

Page 1 of 1 / SP

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.


RECEIVED 6-18-13

# IN THE CIRCUIT COURT OF SHELBY COUNTY, TENNESSEE FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS

ASIA M. JACKSON, an individual,

    Plaintiff,

v.

NPC INTERNATIONAL, INC,
a Kansas Corporation.

    Defendant.

Case No. CT-002094-13

JURY DEMANDED

DIV VIII

## COMPLAINT

TO THE HONORABLE JUDGES OF THE CIRCUIT COURT FOR THE THIRTIETH JUDICIAL DISTRICT:

Comes now the Plaintiff, Asia M. Jackson, by and through the undersigned legal counsel, and for her Complaint against the Defendant, NPC International, Inc., Plaintiff alleges and states as follows:

### I. INTRODUCTION

This is a statutory and common law action against the former employer of the Plaintiff, NPC International, Inc., which owns and operates numerous Pizza Hut restaurant franchises in Tennessee and is a covered employer under the Tennessee Human Rights Act (THRA), Tenn. Code Ann. § 4-21-101 (2012) et seq., specifically the Tennessee Maternity and Adoption Care Leave Act (TMLA), Tenn. Code Ann. §

4-21-408 (2012). Plaintiff also asserts common law claims for invasion of privacy, intentional misrepresentation, and negligent misrepresentation.

## II. PARTIES, JURISDICTION AND VENUE

1. The Plaintiff, Asia M. Jackson is an adult citizen, and resident of Shelby County, Tennessee.

2. The Defendant, NPC International, Inc., is a Kansas Corporation with its principal place of business located at 720 W 20th Street, Pittsburg, Kansas 66762-2844. NPC owns and operates numerous Pizza Hut restaurant franchises in twenty eight (28) states including Tennessee and has over one hundred (100) employees in the city of Memphis and/or Shelby County, Tennessee. NPC may be served process through their registered agent, CT Corporation System, 800 S Gay Street, Suite 2021, Knoxville, TN 37929-9710.

3. Jurisdiction is proper in this matter as the Plaintiff is a resident of Shelby County, Tennessee, and all alleged causes of action occurred in Shelby County, Tennessee. Accordingly, this action is appropriate for the Shelby County Circuit Court pursuant to Tenn. Code Ann. § 16-10-101 (2012).

4. This cause of action arises out of incidents occurring in Shelby County, Tennessee, conferring proper venue with this Court pursuant to Tenn. Code Ann. § 20-4-101(a) (2102).

## III. FACTS

5. Plaintiff began her employment with Defendant on or about October 20, 1997.

6. Plaintiff notified the Defendant in October of 2011 of her need and desire to take maternity leave.

7. Plaintiff went on maternity leave on or about February 25, 2012.

8. Plaintiff returned to work from maternity leave on or about May 11, 2012.

9. Plaintiff's employment was terminated by the Defendant on May 15, 2012. At the time of termination Plaintiff was employed as the General Manager of the Defendant's Pizza Hut restaurant located in the Frayser community in Memphis, Tennessee.

10. Plaintiff's official termination occurred shortly after she returned to work from being on maternity leave, although the decision to terminate her occurred after she notified the Defendant of her need to take maternity leave and before she returned to work from maternity leave.

11. Specifically, after Plaintiff notified her Area Manager, Steve Smith, that she would be taking maternity leave, Smith discussed his decision to terminate Plaintiff with other NPC General Managers.

3

12. Defendant NPC intentionally discriminated against Plaintiff because of her pregnancy and subsequently for Plaintiff exercising her rights to take maternity leave under the TMLA.

### III. FIRST CAUSE OF ACTION
### VIOLATION OF TENN. CODE ANN. § 4-21-101 et seq.
### (Tennessee Human Rights Act)

13. Plaintiff hereby incorporates paragraphs 1 thru 12 by reference as is fully set forth herein.

14. Defendant specifically violated Tenn. Code Ann. § 4-21-408 (TMLA) by terminating Plaintiff's employment because she exercised her rights to take maternity leave pursuant to the TMLA.

### IV. SECOND CAUSE OF ACTION
### INVASION OF PRIVACY

15. Plaintiff hereby incorporates paragraphs 1 thru 14 by reference as is fully set forth herein.

16. Prior to Plaintiff's return to work from maternity leave, Defendant vicariously through Area Manager, Steve Smith, intruded upon Plaintiff's private affairs by informing other NPC employees of his decision to terminate Plaintiff.

17. The intrusion, the fact that Plaintiff was being terminated from her employment, would be highly offensive to a reasonable person.

18. The intrusion caused Plaintiff to suffer injuries and losses.

4

## V. THIRD CAUSE OF ACTION
## INTENTIONAL MISREPRESENTATION

19. Plaintiff hereby incorporates paragraphs 1 thru 18 by reference as is fully set forth herein.

20. The Defendant, vicariously through Steve Smith, made a representation of the material fact that Plaintiff's employment was secure, by his welcoming back comments and allowing Plaintiff to return to work from maternity leave.

21. The representation of Plaintiff's continued employment was false.

22. The Defendant knew that this representation was false because the decision to terminate her was made after she gave the Defendant notice that she would be taking maternity leave and, before returning to work from maternity leave.

23. The Defendant intended that the Plaintiff rely on this representation.

24. The Plaintiff did not know that the representation was false and was justified in relying upon the truth of the representation.

25. As a result of Plaintiff's reliance upon the truth of the representation, the Plaintiff sustained damages.

## VI. FOURTH CAUSE OF ACTION
## NEGLIGENT MISREPRESENTATION

26. Plaintiff hereby incorporates paragraphs 1 thru 25 by reference as is fully set forth herein.

5

27. The Defendant, vicariously through Steve Smith, was acting in the course of business.

28. The Defendant negligently supplied false information by implication of the Plaintiff's continued employment.

29. The Defendant intended the information to guide the Plaintiff in Plaintiff's employment.

30. The Plaintiff justifiably relied upon the false information.

31. As a result of Plaintiff's reliance upon the false information, Plaintiff suffered a financial loss.

## VII. JURY DEMAND

32. Plaintiff demand that this Court empanel a lawful jury to hear this case.

## VIII. DAMAGES

33. Plaintiff Asia Jackson alleges that as a direct and proximate result of one, some or all of the above acts of discrimination, retaliation, invasion of privacy, intentional misrepresentation and negligent misrepresentation, she was caused to suffer and incur the following injuries and damages, including but not limited to:

      a. Loss of employment.
      b. Loss of back pay.
      c. Loss of front pay.
      d. Loss of earning capacity.

  e. Loss of employment benefits both past and future.

  c. Loss of enjoyment of life.

  d. Humiliation and embarrassment.

  e. Mental anguish and distress.

WHEREFORE, PREMISES CONSIDERED, YOUR PLAINTIFF PRAYS:

1. That proper process issue and be served upon the Defendant requiring the Defendant to appear and answer this Complaint within the time required by law.

2. Plaintiff Asia Jackson be awarded compensatory and actual damages associated with Cause of Action I.

3. Plaintiff Asia Jackson be awarded all attorneys fees associated with Cause of Action I.

4. That the Plaintiff be awarded incidental expenses.

5. That the Plaintiff be awarded post-judgment interest at the maximum legal rate per annum until paid.

6. That the Plaintiff be awarded punitive and exemplary damages in an amount to be determined by the enlightened conscience of a jury and within the jurisdictional limits of this Court.

7. Plaintiff reserves the right to amend the Complaint upon discovery of additional facts.

8. That the Plaintiff be awarded costs and interest and such other general or specific relief to which the Plaintiff may justly be entitled at law or in equity.

Respectfully submitted,

Gordon E. Jackson (TN BPR #08323)
Jackson, Shields, Yeiser & Holt
Attorneys at Law
262 German Oak Drive
Memphis, Tennessee 38018
(901) 754-8001
gjackson@jsyc.com
jholt@jsyc.com
ATTORNEYS FOR PLAINTIFFS

8

JACKSON, SHIELDS, YEISER & HOLT
ATTORNEYS AT LAW
262 GERMAN OAK DRIVE
MEMPHIS, TENNESSEE 38018

FIRST-CLASS MAIL
$06.31
ZIP 38018
011D1611733

Hasler
06/11/2013
US POSTAGE

CERTIFIED MAIL

7000 0520 0014 3186 5822

CT Corporation System
800 S. Gay Street
Suite 2021
Knoxville, TN 37929-9710