IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **ASIA M. JACKSON, an individual,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> **v.** ) <br> ) <br> **NPC INTERNATIONAL, INC.,** ) <br> **a Kansas Corporation,** ) <br> ) <br> **Defendant.** ) <br> ) <br> ) | **Case No. 2:13-cv-02516-tmp** |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Asia Jackson and Defendant NPC International, Inc. hereby stipulate and agree that this action shall be dismissed with prejudice, and that each party shall bear its own attorneys' fees and costs.

| | |
|---|---|
| Respectfully submitted, <br><br> Gordon E. Jackson (by RWJ w/permission) <br> Gordon E. Jackson <br> JACKSON SHIELDS YEISER & HOLT <br> 262 German Oak Drive <br> Cordova, TN 38018 <br> gjackson@jsyc.com <br><br> **ATTORNEY FOR PLAINTIFF** | Respectfully submitted, <br><br>  /s/ Russell W. Jackson <br> Thomas L. Henderson (TN BPR No. 11526) <br> Russell W. Jackson (TN BPR No. 27322) <br> OGLETREE, DEAKINS, NASH, <br> SMOAK & STEWART, P.C. <br> 6410 Poplar Avenue, Suite 300 <br> Memphis, TN 38119 <br> Telephone:  (901) 767-6160 <br> Facsimile:  (901) 767-7411 <br> thomas.henderson@ogletreedeakins.com <br> russell.jackson@ogletreedeakins.com <br><br> **ATTORNEYS FOR DEFENDANT** |

## CERTIFICATE OF SERVICE

      I hereby certify that I have this 11th day of December, 2013, caused to be electronically filed the foregoing with the Clerk of Court using the CMF/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

        Gordon E. Jackson
        JACKSON SHIELDS YEISER & HOLT
        262 German Oak Drive
        Cordova, TN 38018

        /s/ Russell W. Jackson