```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF TENNESSEE
                   WESTERN DIVISION
```

ASIA M. JACKSON, an individual,

    Plaintiff,

VS.                                       NO. 13-2516-Ma

NPC INTERNATIONAL, INC.,
a Kansas Corporation,

    Defendant.

**ORDER OF DISMISSAL**

The parties have submitted a Joint Stipulation of Dismissal indicating that this matter may be dismissed with prejudice. This case is therefore dismissed in its entirety with prejudice. Each party shall bear its own attorneys' fees and costs.

It is SO ORDERED this 11th day of December, 2013.

                               *s/ Samuel H. Mays, Jr.*
                               SAMUEL H. MAYS, JR.
                               UNITED STATES DISTRICT JUDGE