UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ASIA M. JACKSON, an individual,

    Plaintiff,

VS.                                   NO. 13-2516-Ma

NPC INTERNATIONAL, INC.,
a Kansas Corporation,

    Defendant.

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice in accordance with the Order of Dismissal, docketed December 11, 2013.  Each party shall bear its own attorneys' fees and costs.

**APPROVED:**

*s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE


*December 11, 2013*                    THOMAS M. GOULD
DATE                                   CLERK

                                           *s/  Zandra Frazier*
                                           (By) DEPUTY CLERK